**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1249

SANDRA WILDER-RHODAN, Beneficiary of Estate of George M. Rhodan,

Plaintiff - Appellant,

v.

JUDGE NANCY C. MCLIN, State of South Carolina, Family Court; J. GRAHAM STURGIS, JR., Attorney; VERONICA G. SMALLS, Attorney; VERA SIMMONS; ANESS JENKINS; SARAH RHODAN; KIMBERLY RHODAN; SHACOGA SIMMONS; DAVE FRIEDMAN; KELLER WILLIAMS REALTY; WELLS FARGO BANK; JUDGE CELY BRIGMAN; JUDGE KENNETH E. FULP, JR.; JUDGE WILLIAM J. WYLIE, JR.; EDUARDO CURRY, Attorney; REPRESENTATIVE MICHAEL F. RIVERS, State House #121; RUFF & RUFF, ATTORNEYS AT LAW,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:23-cv-00771-BHH)

Submitted:  October 8, 2024                    Decided:  October 16, 2024

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Sandra Wilder-Rhodan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Wilder-Rhodan seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing her amended complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 1, 2024, and the appeal period expired on March 4, 2024. Wilder-Rhodan filed the notice of appeal on March 20, 2024. Because Wilder-Rhodan failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2